# IN THE MATTER OF JEAN MARIE BOBIEN,
## AN ABSENT GRAND JUROR

### 1814

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* \*p. 416

#### PAPERS IN FILE
[None]

# IN THE MATTER OF JOHN WHIPPLE,
## AN ABSENT GRAND JUROR

### 1814

#### JOURNAL ENTRIES

1. Order for citation . . . . . . . . . *Journal, infra,* \*p. 416

#### PAPERS IN FILE
[None]